UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

Manuel Lopez-Doriega

Defendant(s)

CRIMINAL NO. 08MJ1088

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, **Barbara Lynn Major**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Sandy Perez-Rubalcaba

DATED: 4/15/08

**Barbara Lynn Major**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

2008 APR 15 PM 4:22

**RECEIVED** ________________
**DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** ________________
**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082